## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Pamela Blaylock f/k/a Pamela Urman and Ervin Blaylock, Jeffrey A. Anderson and Patricia Anderson, John B. Nelson and Jody Nelson, Douglas Eugene Halver, Mary Kay L. Ervin-Talbot, Kang Xiong,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, N.A., Mortgage Electronic Registration Systems, Inc., MERSCORP, Inc., HSBC Bank USA, N.A., HSBC Mortgage Services, Inc., and Federal National Mortgage Association,<br><br>Defendants. | Case No. 12-cv-00693 (ADM/LIB)<br><br>**AFFIDAVIT OF CHAD A. SNYDER IN SUPPORT OF HSBC MORTGAGE SERVICES INC. REQUEST FOR ATTORNEY FEES** |

Chad A. Snyder states and affirms as follows:

1. I am one of the attorneys representing HSBC Mortgage Services, Inc., in this matter. I submit this affidavit pursuant to the Court's June 29, 2012 Memorandum and Order granting the defendants' motion for sanctions and awarding the defendants their attorney fees incurred after April 19, 2012.

2. While I have served as counsel of record, I have been working with attorneys Gregory Marshall and Irina Tanurcov of the Snell & Wilmer, LLP firm in Phoenix, Arizona. Tanurcov and Marshall drafted the majority of the pleadings on behalf of HSBC Mortgage Services; I reviewed and edited those pleadings, and prepared for and attended the May 31 oral argument on the motions to dismiss, motions for sanctions and motion for remand.

3. My hourly rate on this matter is $315. After April 19, and through the date of the oral argument in this matter, I spent 5 hours working on this case on behalf of my client, for total fees incurred in that period of $1,575. Attached as Exhibit A to this affidavit is a spreadsheet with true and accurate descriptions of that work as well as the dates the work was performed.

4. Attached as Exhibit B is the affidavit of Gregory Marshall detailing the fees for the work he and Ms. Tanurcov performed on behalf of HSBC Mortgage Services after April 19. The total cost of that work was $4,792.05.

Dated: 7/13/12



Chad A. Snyder

Signed before me this 13th day of July, 2012.

Notary Public



MICHAEL H FRASIER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1/31/14