# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Pamela Blaylock f/k/a Pamela Urman and Ervin Blaylock, Jeffrey A. Anderson and Patricia Anderson, John B. Nelson and Jody Nelson, Douglas Eugene Halver, Mary Kay L. Ervin-Talbot, and Kang Xiong, <br><br>                    Plaintiffs, <br><br> v. <br><br> Wells Fargo Bank, N.A.; Mortgage Electronic Registration Systems, Inc.; MERSCORP, Inc.; HSBC Bank USA, N.A.; HSBC Mortgage Services, Inc.; and Federal National Mortgage Association, <br><br>                    Defendants. | Case No. 12-cv-00693 (ADM/LIB) <br><br> **Supplemental Declaration of Charles F. Webber Regarding Attorneys' Fees and Costs** |

I, Charles F. Webber, declare as follows:

1. I am a partner of the law firm of Faegre Baker Daniels LLP in Minneapolis, Minnesota ("Faegre"). I am one of the attorneys representing defendants Wells Fargo Bank, N.A.; Mortgage Electronic Registration Systems, Inc.; MERSCORP Holdings, Inc.; HSBC Bank USA, N.A.; and Federal National Mortgage Association (collectively "Wells Fargo Defendants") in this case. I am submitting this declaration in response to the Court's August 21, 2012, Order in this case (Dkt. 58). I have personal knowledge of the facts set forth in this declaration.

2. My Declaration dated July 13, 2012 (Dkt. 52) set forth the amounts that the Wells Fargo Defendants paid to Faegre in connection with this litigation. Those amounts reflect the following hourly rates for the Faegre lawyers who billed time to the matter:

    Steve Mertz: $522.00
    Trista Roy: $220.50
    Charles Webber: $522.00

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 22, 2012

                                     s/ Charles F. Webber
                                     Charles F. Webber