UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pamela Blaylock f/k/a Pamela Urman, and
Ervin Blaylock; Jeffrey A. Anderson and
Patricia Anderson; John B. Nelson and
Jody Nelson; Douglas Eugene Halver;
Mary Kay L. Ervin-Talbot; Kang Xiong,

      Plaintiffs,

  v.                                          **SUPPLEMENTAL ORDER**
                                                Civil No. 12-693 ADM/LIB

Wells Fargo Bank, N.A.; Mortgage
Electronic Registration Systems, Inc.;
MERSCORP, Inc.; HSBC Bank USA, N.A.;
HSBC Mortgage Services, Inc.; and
Federal National Mortgage Association,

      Defendants.

_____

William B. Butler, Esq., Butler Liberty Law, LLC, Minneapolis, MN, on behalf of Plaintiffs.

Charles F. Webber, Esq., and Trista M. Roy, Esq., Faegre Baker Daniels LLP, Minneapolis, MN, on behalf of Defendants Wells Fargo Bank, N.A., Mortgage Electronic Registration Systems, Inc., MERSCORP, Inc., HSBC Bank USA, N.A., and Federal National Mortgage Association.

Alan H. Maclin, Esq., Benjamin E. Gurstelle, Esq., and Mark G. Schroeder, Esq., Briggs & Morgan, PA, Minneapolis, MN, on behalf of Defendants Mortgage Electronic Registration Systems, Inc., MERSCORP, Inc., and HSBC Bank USA, N.A.

Chad A. Snyder, Esq., and Michael H. Frasier, Esq., Snyder Gislason Frasier LLC, Minneapolis, MN, on behalf of Defendants HSBC Bank USA, N.A. and HSBC Mortgage Services, Inc.
_____

      On August 21, 2012, the undersigned United States District Judge issued a Memorandum

Opinion and Order [Docket No. 58] ("Aug. 21, 2012 Order") requiring counsel for Defendants

Wells Fargo Bank, N.A., Mortgage Electronic Registration Systems, Inc., MERSCORP

Holdings, Inc., HSBC Bank USA, N.A., and Federal National Mortgage Association to file

within seven days further documentation of their costs incurred in defending against sanctionable legal conduct by Plaintiffs' counsel since April 19, 2012.

The Court has reviewed the timely filed Supplemental Declaration of Charles F. Webber Regarding Attorneys' Fees and Costs [Docket No. 60], and has assessed it in conjunction with the previously filed Declaration of Charles F. Webber Regarding Attorneys' Fees and Costs [Docket No. 52]. From these documents, it appears that the Faegre Baker Daniels LLP attorneys billed more than 34 hours on this matter, at rates ranging from $220.50 to $522.00. In this Court's August 21, 2012 Order, it adopted the minimum reasonable hourly rates set by Magistrate Judge Jeffrey J. Keyes in <u>Murphy v. Aurora Loan Services, LLC</u>, — F.Supp.2d —, Civ. No. 11-2750, 2012 WL 1574122 (D. Minn. May 4, 2012). In <u>Murphy</u>, Judge Keyes found the hourly rate of $325 a reasonable fee for an experienced partner in 2012, and $275 as a reasonable fee for an upper-level associate in the same year. 2012 WL 1574122, at *7. Applying this analysis, the hourly rates for the Faegre Baker Daniels LLP partners who worked on this case will be reduced from $552 to $325, while the rates charged by the associate will remain as billed. This analysis results in a total of $3,682.35 billed by the associate and $5,850 by the partners. Therefore, the requested $13,078.35 in attorneys' fees will be reduced to $9,532.35.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Attorney William B. Butler is **ORDERED** to pay, on behalf of Defendants Wells Fargo Bank, N.A., Mortgage Electronic Registration Systems, Inc., MERSCORP

      Holdings, Inc., HSBC Bank USA, N.A., and Federal National Mortgage Association, attorneys' fees of $9,532.35 to Faegre Baker Daniels LLP.

2.     The total amount that Attorney William B. Butler is **ORDERED** to pay in attorneys' fees is $26,602.15, to be paid within 60 days of the date of this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                      BY THE COURT:

                        s/Ann D. Montgomery
                      ANN D. MONTGOMERY
                      U.S. DISTRICT JUDGE

Dated:  August 23, 2012.